In the Matter of the Claim of IRA HOLLOWAY et al., Respondents, v. CAMP HATIKVAH et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—

P. J.,
Gibson, Reynolds and Taylor, JJ., concur.